IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISON

| | | |
|---|---|---|
| SECURENOVA, LLC | § | |
| | § | |
| Plaintiff, | § | Case No. 2:13-cv-904-JRG-RSP |
| | § | **LEAD CASE** |
| v. | § | |
| | § | |
| HTC CORPORATION AND HTC AMERICA, INC. | § | Jury Trial Demanded |
| | § | |
| Defendants. | § | |
| NOKIA CORPORATION, ET AL. | § | 2:13-CV-951-JRG-RSP |

### ORDER OF DISMISSAL

In consideration of the parties' Agreed Stipulation of Dismissal of all claims and counterclaims between Plaintiff SecureNova, LLC and Defendants Microsoft Mobile Oy (previously substituted for Nokia Corp.) and Nokia Inc., the Agreed Stipulation of Dismissal is hereby GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff against Defendant are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

The Clerk is ORDERED to terminate Nokia and Microsoft Mobile Oy in Case No. 2:13-cv-904, and the Clerk is ORDERED to close Case No. 2:13-cv-951.

So Ordered and Signed on this

**Oct 16, 2014**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE